UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEXUAL SIN DE UN
ABDUL BLUE,

      Plaintiff,

                                   Case No. 20-10439
v.                              Honorable Victoria A. Roberts
                                 Mag. Judge R. Steven Whalen

DOUG VAN FRANCIS ORSDALL,

      Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 2] AND SUMMARILY DISMISSING PLAINTIFF'S COMPLAINT [ECF No. 1]

## I.    INTRODUCTION/BACKGROUND

*Pro se* Plaintiff, Sexual Sin De Un Abdul Blue ("Plaintiff"), filed a complaint and motion to proceed in forma pauperis. This is Plaintiff's third complaint asserting the same claims. This matter is a companion case to Plaintiff's other action filed in this Court, *see* E.D. Mich., Case No. 19-13249 (Roberts, J.). However, Plaintiff failed to notify the Court that this was a companion case, so the new case was initially assigned to the Honorable Mark A. Goldsmith. After finding that the case was a companion case to the case previously dismissed by the undersigned, the new case was

administratively reassigned from Judge Goldsmith to the undersigned on March 4, 2020. *See* E.D. Mich. LR 83.11.

In Plaintiff's previous cases, the Court granted his application to proceed *in forma pauperis*. See 28 U.S.C. § 1915(a)(1). However, the Court dismissed both complaints pursuant to 28 U.S.C. § 1915(e)(2)(B) because he failed to assert any justiciable claim. Case No. 19-13249 [ECF No. 7, PageID. 68].

Plaintiff's complaint is akin to his previously dismissed action. The Court finds that Plaintiff is unable to pay the fees associated with the filing of his complaint and grants his application to proceed in forma pauperis. However, because his complaint is - again - entirely void of any justiciable claim, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Principles requiring generous construction of *pro se* pleadings are not without limits, and Plaintiff's amended complaint fails to state any plausible claim on which this Court may grant him relief.

Plaintiff has repeatedly filed cases that fail to assert any basis in law or fact and has repeatedly filed the same documents to support claims already found plainly deficient. These filings have wasted substantial resources and are an abuse of the Court and the right to proceed *in forma pauperis*. Therefore, Plaintiff is enjoined from filing any future complaints *in forma*

*pauperis* in this district against Defendant, without prior authorization of this Court.

## II.    CONCLUSION

Accordingly, Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**, and his amended complaint [ECF No. 1] is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

Plaintiff is **ENJOINED** from filing any future complaints in forma pauperis in this district against Defendant unless Plaintiff receives prior authorization from this Court.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  April 3, 2020